## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHNNY THOMAS,** | )<br>) |
| **Plaintiff,** | )<br>)  **8:06CV511** |
| vs. | )<br>) |
| | )  **ORDER** |
| **HY-VEE, INC.,** | )<br>) |
| **Defendant.** | ) |

This matter is before the court on the "Notice of Withdrawal" [10] filed on behalf of defense counsel Nancy A. Wood. The court construes the notice as a motion for leave to withdraw as defense counsel. *See* NEGenR 1.3(f). The record shows the defendant continues to be represented by other counsel.

**IT THEREFORE IS ORDERED** that the Notice of Withdrawal [10], construed as a motion for leave to withdraw, is granted. The Clerk shall terminate the appearance of Nancy A. Wood and stop all further electronic notices to Ms. Wood.

**DATED September 18, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**