# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNNY THOMAS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV511** |
| vs. ) | |
| ) | **ORDER** |
| HY-VEE, INC., ) | |
| ) | |
| **Defendant.** ) | |

Upon review of counsel's affidavit [20],

**IT IS ORDERED** that the court's Order to Show Cause [17] is deemed satisfied.

**DATED January 17, 2007.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**