# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHNNY THOMAS,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)  **8:06CV511**<br>) |
| vs. | )<br>)  **ORDER** |
| **HY-VEE, INC.,** | )<br>)<br>) |
| **Defendant.** | ) |

This matter is before the court on defendant's Motion to Compel [18] and Amended Motion to Compel [25]. Moving counsel has complied with NECivR 7.1(i).

The record shows that plaintiff did not timely respond to defendant's discovery requests. After defendant filed the pending discovery motions, plaintiff filed a Notice [26] that responses were served on January 30, 2007. During the parties' February 12, 2007 planning conference, defense counsel advised that discovery responses were received.

Upon consideration of the matter, I find that defendant's motion should be denied as moot, without prejudice to defendant contesting the adequacy of plaintiff's discovery responses. I further find that the circumstances of this incident would make an award of expenses unjust and decline to assess costs or fees against the plaintiff at this time. *See* Fed. R. Civ. P. 37(a)(4)(B). Future episodes of this nature, however, may well result in the imposition of sanctions pursuant to Rule 37.

**IT IS ORDERED** that defendant's Motion to Compel [18] and Amended Motion to Compel [25] are denied as moot, without prejudice to defendant contesting the adequacy of plaintiff's responses within a reasonable time.

**DATED February 12, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**