## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHNNY THOMAS,** | )<br>) |
| **Plaintiff,** | )<br>)           **8:06CV511** |
| vs. | )<br>)           **ORDER** |
| **HY-VEE, INC.,** | )<br>) |
| **Defendant.** | ) |

This matter is before the court on the Defendant's Motion for Extension of Time to File a Motion for Summary Judgment [45]. Defendant seeks an extension of 45 days from the date of the court's ruling on defendant's pending Motion to Dismiss [40] to file a motion for summary judgment, if the case is not dismissed. For good cause shown,

**IT IS ORDERED:**

1. The Motion for Extension [45] is granted.

2. The defendant shall have forty-five (45) days from the date of the court's ruling on Defendant's Motion to Dismiss for Lack of Prosecution [40] to file a motion for summary judgment.

3. In all other respects, the date settings reflected in the Final Progression Order [27] shall remain in effect.

**DATED May 8, 2007.**

              **BY THE COURT:**

              **s/ F.A. Gossett**
              **United States Magistrate Judge**